# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

     v.                                      Case No. 24-cr-025 (ECT/TNL)

JON MICHAEL ASK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
     (X) Ad Prosequendum        ( ) Ad Testificandum

Name of Detainee:  JON MICHAEL ASK

Detained at (custodian):  Olmsted County Adult Detention Center

Detainee is:  a.)     (X) charged in this district by:  Indictment
                     Charging Detainee With:  Conspiracy to Distribute Controlled Substances, Etc.
    or    b.)     ( ) a witness not otherwise available by ordinary process of the Court
Detainee will: a.)     ( ) return to the custody of detaining facility upon termination of this proceeding
    or    b.)     (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on February 12, 2024, at 1:30 p.m., in the courtroom of the Honorable John F. Docherty, United States Magistrate Judge, United States Courthouse, 316 North Robert Street, Saint Paul, Minnesota 55101.  **Agents of the BCA/DEA will transport the prisoner to the Courthouse.**

Dated:  February 9, 2024

                                     s/*Thomas M. Hollenhorst*
                                     Thomas M. Hollenhorst, AUSA

## WRIT OF HABEAS CORPUS

     (X)Ad Prosequendum        ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

February 9, 2024                           *s/David T. Schultz*
Date                                        United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | 1978 |
| Facility Address: | 101 4th Street, S.E. | Race: | Caucasian |
| | Rochester, Minnesota 55904 | FBI #: | |
| Facility Phone: | (507) 328-6800 | | |
| Currently Incarcerated For: | Drug Charges | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                     (Signature)