UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 24-025 (ECT/TNL) |
| | ) | |
| v. | ) | MOTION FOR PRETRIAL |
| | ) | DISCLOSURE OF 404 EVIDENCE |
| JON MICHAEL ASK, | ) | |
| | ) | |
| Defendant. | ) | |

Jon Michael Ask, by and through his undersigned attorney, hereby moves the Court for an Order directing the government to immediately disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404 of the Federal Rules of Evidence. Rule 404(b) requires reasonable notice upon request of the defendant. Mr. Ask notifies the Court and the government that he is officially making such a request.

This Motion is based on the Indictment, the file and record in the above-entitled action and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Dated: April 8, 2024

Respectfully submitted,

*s/James S. Becker*

JAMES S. BECKER
Attorney ID No. 0388222
Attorney for Mr. Ask
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415