UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 24-025 (ECT/TNL) |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S PRETRIAL MOTION |
| v. | ) | FOR DISCOVERY AND INSPECTION |
| | ) | |
| JON MICHAEL ASK, | ) | |
| | ) | |
| Defendant. | ) | |

The government has provided some discovery in this case. However, it is unknown whether additional evidence remains to be disclosed. Accordingly, Jon Michael Ask, by and through his undersigned attorney, respectfully moves the Court to order and requests the government to disclose or continue to disclose the following information:

**A.     Requested and Required Discovery**

1.   Any and all written, recorded, or oral statements made by Mr. Ask or copies thereof within the possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known to the attorney for the government;

2.   The substance of any oral statement made by Mr. Ask or the co-defendant, whether before or after arrest, which the government intends to offer in evidence at the trial;

3.   A copy of the prior criminal record of the defendant which is known or by the exercise of due diligence may become known to the attorney for the government including any arrests or convictions, whether for misdemeanor or felony conduct:

4.   Permission for Mr. Ask to inspect and/or copy books, papers, documents, photographs, tangible objects which are within the possession, custody or control of the government, including any messaging between officers/agents or officer/agent to station; two-way dispatch messaging; 911 calls; photographs; documents; writings; audio/video tapes (including those captured via body cameras or cell phone cameras); records stored, sent or received via cloud computing or FTP (file Transfer Protocol) websites; electronic devices, including but not limited to computers, laptops, iPads, cellular phones, and smart phones; emails, text messages, instant messages of any form and through any provider or application; backups of any device; hard drives; backup hard drives; contents of social-media accounts, including but not limited to Facebook, Google, AOL, Yahoo, Twitter, Instagram, Snap Chat; any online cloud backups which may contain information related to this investigation; items that can be fingerprinted; substances and surfaces capable of being tested for DNA and/or other lab analysis, that are material to the preparation of the defense or are intended for use by the government as evidence in chief at the trial, or were obtained from or belonged to Mr. Ask.

5.   Permission of Mr. Ask to inspect and copy the results of any physical or mental examinations or scientific tests or experiments, including but not limited to fingerprint, blood, tissue, fluid, chemical, or DNA analyses.

6.   A written summary of all testimony the government intends to introduce under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case in chief at trial; a description of the witnesses' opinions, including the bases and reasons, therefore; and a description of the witnesses' qualifications.

If prior to trial, the government discovers additional evidence or material previously requested or ordered which is subject to discovery or inspection hereinbefore requested, the government is requested to notify attorney for Mr. Ask the existence of the additional material. Fed. R. Cr. P. 16(c).

**B.   Legal Authority**

This Motion, filed pursuant to Fed. R. Cr. P. 12(b)(3), is based on Fed. R. Cr. P. 16. Pursuant to those rules, Mr. Ask has a right to the requested disclosures forthwith.

Dated: April 8, 2024                    Respectfully submitted,

*s/James S. Becker*

_____
JAMES S. BECKER
Attorney ID No. 0388222
Attorney for Mr. Ask
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

3