UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 24-025 (ECT/TNL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S PRETRIAL MOTION** |
| v. | ) | **TO DISCLOSE AND MAKE** |
| | ) | **INFORMANT AVAILABLE FOR** |
| JON MICHAEL ASK, | ) | **INTERVIEW** |
| | ) | |
| Defendant. | ) | |

Jon Michael Ask, by his undersigned attorney, hereby moves the Court for an Order requiring the government to disclose the identity of any informant or informants utilized by the government in the investigation of the above-entitled matter, and to make such informant(s) available for interview by defendant's attorneys, in preparation for trial, and to disclose the prior criminal convictions of such informants.

This Motion is based upon the Indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of hearing of said motion.

Dated:  April 8, 2024

Respectfully submitted,

*s/James S. Becker*

_____
JAMES S. BECKER
Attorney ID No. 0388222
Attorney for Mr. Ask
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415