UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 24-025 (ECT/TNL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S MOTION FOR EARLY |
| v. | ) | DISCLOSURE OF JENCKS ACT |
| | ) | MATERIAL |
| JON MICHAEL ASK, | ) | |
| | ) | |
| Defendant. | ) | |

Jon Michael Ask, by and through his attorney and pursuant to Rule 12 of the Federal Rules of Criminal Procedure, moves this Court to enter an Order requiring the government to submit Jencks Act materials to the defendant at least three days prior to the commencement of the trial, and in support thereof represents and alleges as follows:

1. That although a literal reading of the Jencks Act would not require release of the pertinent materials until the testimony of any particular government witness is complete, the Act does not forbid its early disclosure.

2. That prior to cross-examination of any such witness, a recess would be required to allow defense counsel to review said materials.

3. That unless this Motion is granted, there may be delays in the trial of the above-entitled cause.

4. That the Jencks Act was enacted in 1959 and its effect has been modified by both the enactment of Rule 102 and Rule 403 of the Federal Rules of Evidence and the enactment of the Speedy Trial Act, Title 18, United States Code, Section 3161, et. seq.

5.      That this Court has the authority to order early disclosure of the Jencks Act materials in the interest of prompt disposition of the business of the Court.

Accordingly, Mr. Ask respectfully requests that this Court enter an Order requiring the government to submit Jencks Act materials to the defendant at least three days prior to the commencement of trial.

|  |  |
|---|---|
| Dated: April 8, 2024 | Respectfully submitted, |
|  | *s/James S. Becker* |
|  | _____ |
|  | JAMES S. BECKER |
|  | Attorney ID No. 0388222 |
|  | Attorney for Mr. Ask |
|  | 107 U.S. Courthouse |
|  | 300 South Fourth Street |
|  | Minneapolis, MN 55415 |