UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 24-025 (ECT/TNL) |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S MOTION FOR |
| v. | ) | DISCOVERY AND INSPECTION OF |
| | ) | PRODUCTS AND RECORDS OF |
| JON MICHAEL ASK, | ) | ELECTRONIC SURVEILLANCE |
| | ) | |
| Defendant. | ) | |

Jon Michael Ask, by and through his attorney, and respectfully moves the Court for an Order directing the government to disclose and to certify the extent of the electronic surveillance, including either wiretapping and interceptions of telephone conversations, any form of surveillance by radio transmissions or receptions, any form of location tracking, or any other form of electronic surveillance or detection used by the government in any phase of its investigation of the defendant.

Further, Mr. Ask respectfully requests that the Court require that the government disclose the same to the defendant and to make available to him all matters pertaining thereto (including applications for any order authorizing such forms or surveillance, any such authorizing order, the logs of any government agent of employee or other persons conducting such surveillance, copies of recordings made under the surveillance, copies of the transcripts of such recordings, and any and all returns of inventories made by the government respecting such surveillance), including all such items which are of record and all matters, whether or not of record, which were within the possession, custody or control

of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government.

Dated: April 8, 2024

Respectfully submitted,

*James S. Becker*

_____
JAMES S. BECKER
Attorney ID No. 0388222
Attorney for Mr. Ask
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415