UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 24-cr-025 (ECT/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NOTICE OF INTENT TO CALL |
| v. | ) WITNESSES AT MOTIONS HEARING |
| | ) |
| JON MICHAEL ASK, | ) |
| | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its undersigned attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Thomas M. Hollenhorst, Assistant United States Attorney, and hereby gives notice of its intent to call Officers David Kunz and Jason Peck from the Kasson Police Department, Investigator Ben Bohle from the Dodge County Sheriff's Office, and Detective Andrew Tindal from the Rochester Police Department as witnesses at the motions hearing. Their testimony is expected to last approximately 60 minutes and will address the defendant's motions to suppress (Doc. 25-26).

Dated:   April 22, 2024             Respectfully submitted,

ANDREW M. LUGER
United States Attorney

s/*Thomas M. Hollenhorst*

BY: THOMAS M. HOLLENHORST
Assistant United States Attorney
Attorney ID No. 46322