UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-25 (ECT/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MOTION TO WITHDRAW AND TO |
| | ) SCHEDULE A *FARETTA* HEARING |
| JON MICHAEL ASK, | ) |
| Defendant. | ) |

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, James Becker, appointed counsel for Jon Michael Ask, hereby moves the Court to allow counsel to withdraw from the defendant's representation to permit Mr. Ask to proceed *pro se*.

After discussing this issue with the Federal Defenders office to ensure that Mr. Ask is making this decision in an knowing and intelligent manner, Mr. Ask has decided that he wishes to represent himself moving forward. As in every criminal case, that choice remains always with the defendant, and at Mr. Ask's request this Motion is being filed. Both Mr. Ask and undersigned counsel understand that the Court will schedule a *Faretta* hearing to permit the Court an opportunity to confirm Mr. Ask's intent to represent himself in this pending federal case.

For all the foregoing, undersigned counsel respectfully moves to withdraw.

Dated:  April 24, 2024                    *s/James S. Becker*
                                          _____

JAMES S. BECKER
Attorney ID No. 388222
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415