UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-25 ECT/TNL

United States of America,

          Plaintiff,

v.                       **ORDER FOR APPOINTMENT OF STANDBY COUNSEL**

Jon Michael Ask,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Steven Wright, Attorney ID 387336, is appointed as standby counsel pursuant to 18 U.S.C. § 3006A.

Dated: May 10, 2024                      *s/ Tony N. Leung*
                                                       Honorable Tony N. Leung
                                                       United States Magistrate Judge