# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>v.<br><br>Jon Michael Ask,<br><br>                 Defendant. | **COURT MINUTES**<br>BEFORE: Tony N. Leung<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 24-cr-25 (ECT/TNL) |
| Date: | June 13, 2024 |
| Court Reporter: | Audio |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 10:16 a.m. |
| Time Concluded: | 10:34 a.m. |
| Sealed Hearing Time: | 10:17 a.m. – 10:26 a.m. |
| Time in Court: | 18 Minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:
    Plaintiff: David Classen, Assistant U.S. Attorney
    Defendant: Jon Michael Ask, pro se
    Defense standby counsel: Steven J. Wright, CJA

☐ ORDER TO BE ISSUED    ☒ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☒ NO R&R TO BE ISSUED
    ☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

**Other Remarks:**

For the reasons stated on the record, which are expressly incorporated herein by reference, pro se Defendant's Motions to Appoint Counsel, ECF Nos. 35 and 36, were granted. Standby counsel Steven Wright was appointed as counsel for Defendant. Defendant and defense counsel adopted the previously filed pretrial motions found at ECF Nos. 18, 19, 20, 21, 22, 23, 24, 25, and 26.

With no objection by the Government, Defendant moved for an additional week from today to consider filing additional pretrial motions or to amend the previously filed motions due to the substantial amount of discovery defense counsel has been provided with in relation to this matter. Defense counsel represented that he is working diligently to review the evidence but needs more time to review the discovery and to decide whether to file any additional motions. Defendant also requested exclusion under the Speedy Trial Act, which the Court granted pursuant to 18 U.S.C. § 3161(h).

Although the Court granted on the record Defendant's one-week extension request and the Government's request for a one-week response deadline, pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial, and such continuance is necessary to provide the parties and their counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources. Therefore, the Court finds appropriate and with good cause a two-week extension of Defendant's motions filing deadline as well as a two-week response deadline for the Government

[Continued on next page.]

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motions to Appoint Counsel, ECF Nos. 35 and 36, are **GRANTED**.

2. Pursuant to 18 U.S.C. § 3006A, Steven J. Wright, Attorney ID 387336, is appointed as counsel for Defendant.

3. The previously filed pretrial motions, ECF Nos. 18, 19, 20, 21, 22, 23, 24, 25, and 26, are adopted by Defendant.

4. The period of time from **now through June 27, 2024**, shall be excluded from Speedy Trial Act computations in this case.

5. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **June 27, 2024**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

6. **Counsel shall electronically file a letter on or before June 27, 2024, if no motions will be filed and there is no need for a hearing.**

7. All responses to motions shall be filed by **July 11, 2024**. D. Minn. LR 12.1(c)(2).

8. Any Notice of Intent to Call Witnesses shall be filed by **July 11, 2024**. D. Minn. LR 12.1(c)(3)(A).

9. Any Responsive Notice of Intent to Call Witnesses shall be filed by **July 15, 2024**. D. Minn. LR 12.1(c)(3)(B).

10. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures, and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

11. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **July 30, 2024, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, Minnesota 55415. D. Minn. LR 12.1(d).

12. The trial date, and other related dates, will be scheduled at a date and time to be determined before District Judge Eric C. Tostrud.

Dated: June 13, 2024                      *s/ Tony N. Leung*
                                           Magistrate Judge Tony N. Leung
                                           United States District Court
                                           District of Minnesota