UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 24-cr-025 (ECT/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) GOVERNMENT'S RESPONSE TO ) DEFENDANT'S SECOND MOTION ) TO SUPPRESS STATEMENTS |
| JON MICHAEL ASK, | ) ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its undersigned attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Thomas M. Hollenhorst, Assistant United States Attorney, and responds to the defendant's second motion to suppress statements (Doc 39).

The defendant has moved to suppress the statement he made on May 21, 2023, to law enforcement. The government will call a witness to establish that, prior to making the statement, the defendant validly waived his *Miranda* rights. The government will also present evidence that the statement was voluntarily given.

WHEREFORE, the government asks this Honorable Court to deny the defendant's motion to suppress.

Dated:   July 11, 2024            Respectfully submitted,

ANDREW M. LUGER
United States Attorney

s/*Thomas M. Hollenhorst*

BY: THOMAS M. HOLLENHORST
Assistant United States Attorney
Attorney ID No. 46322