UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 24-cr-025 (ECT/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NOTICE OF INTENT TO CALL |
| v. | ) ADDITIONAL WITNESS AT |
| | ) MOTIONS HEARING |
| JON MICHAEL ASK, | ) |
| | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its undersigned attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Thomas M. Hollenhorst, Assistant United States Attorney, and hereby gives notice of its intent to call Officer Cailie Kittelson from the Eagan Police Department as an additional witness at the motions hearing in this case. Officer Kittelson will testify concerning the defendant's second motion to suppress statements (Doc 39). The government expects her testimony to last approximately 20 minutes.

Dated:  July 11, 2024            Respectfully submitted,

                                 ANDREW M. LUGER
                                 United States Attorney

                                 s/ *Thomas M. Hollenhorst*
                                 BY: THOMAS M. HOLLENHORST
                                 Assistant United States Attorney
                                 Attorney ID No. 46322