UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

United States of America,                                      File No. 24-cr-25 (ECT/TNL)

      Plaintiff,

v.                                                                    **ORDER ACCEPTING REPORT
AND RECOMMENDATION**

John Michael Ask,

      Defendant.

_____

Magistrate Judge Tony N. Leung issued a Report and Recommendation on October 31, 2024.  ECF No. 52.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.      The Report and Recommendation [ECF No. 52] is **ACCEPTED**;

2.      Defendant's Motion to Suppress Fruits of Unlawful Arrest and Searches and Seizures [ECF No. 25] is **DENIED**;

3.      Defendant's Motion to Suppress Statements [ECF No. 26] is **DENIED**;

4.      Defendant's Second Motion to Suppress Statements [ECF No. 39] is **DENIED** as moot; and

5.      Defendant's Third Motion to Suppress Statements [ECF No. 42] is

**DENIED**.


Dated:  January 2, 2025                    s/ Eric C. Tostrud

                                           Eric C. Tostrud
                                           United States District Court